UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DERLON CRAIN (#91405)

CIVIL ACTION

VERSUS

NO. 15-580-SDD-EWD

STATE HEALTH & HOSPITAL DEPT., ET AL.

## RULING

The Court has carefully considered the *Complaint*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Erin Wilder-Doomes dated February 11, 2016. Plaintiff has filed objections[3] which the Court has also considered.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**Accordingly**, the Plaintiff's action shall be dismissed with prejudice as legally frivolous and for failure to state a claim upon which relief may be granted, pursuant to 28 U.S.C. § 1915(e) and 1915A.

Baton Rouge, Louisiana the 14 day of March, 2016.

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 7.
[3] Rec. Docs. 8, 9, and 10.